# United States Court of Appeals
## for the Fifth Circuit

Priscilla R. Owen
Circuit Judge
903 San Jacinto Boulevard
Austin, Texas 78701
512-916-5167

July 6, 2007

The Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbia Circle, N.E.
Washington, D.C. 20544

RECEIVED 2007 JUL 19 A 11: 07 FINANCIAL DISCLOSURE OFFICE

Re:    Calendar Year 2006 Filing

Dear Judge Smith:

Thank you for your letter pointing out the need to amend and supplement my report. I apologize. In spite of many, many hours of pouring over my records and the form, my goal of filing a faultless report was not met! The omissions were inadvertent.

Regarding Part IV, lines 1-4, the additional information is as follows:

Council for National Policy, Ritz-Carlton, Lake Las Vegas, Henderson, Nevada
Defense Research Institute, Pointe Hilton Tapatio Cliffs, Phoenix, Arizona
Southern Illinois University School of Law, SIU Law School, Carbondale, Illinois (and unplanned layover in St. Louis, Missouri, due to cancellation of connecting flight).
Federalist Society, Mayflower Hotel, Washington, D.C.

Regarding, Part VII, page 8, lines 80, 84, and 85, and page 9, lines 87, 89, 90, and 102, Column D(1), additional information is as follows:

Line 80, Clipper Fund – Value Code 2 should be J
Line 84, Federated Stock Trust – Value Code 2 should be J
Line 85, Federated Stock Trust – Value Code 2 should be J
Line 87, LKCM Small Cap Equity Fund – Value Code 2 should be J

Line 89, T Rowe Price Mid-Cap Growth Fund – Value Code 2 should be J
Line 90, T Rowe Price Mid-Cap Growth Fund – Value Code 2 should be J
Line 102, Oakmark I Fund – Value Code 2 should be J

Regarding Part VII, page 10, line 109 for "Dodge and Cox International," the value (J-P) is Code L, and the value method (Q-W) is Code T.

Please accept this letter as an amendment to my report.  Three copies are included with the original of this letter.

Best regards,

Priscilla R. Owen

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Owen, Priscilla R | 2. Court or Organization Fifth Circuit Court of Appeals | 3. Date of Report 05/11/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address Homer Thornberry Judicial Bldg 903 San Jacinto Blvd., Rm 434 Austin, Texas 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Texas Hearing and Service Dogs |
| 2. Advisory Board Member | Federalist Society, Austin Chapter |
| 3. Advisroy Board Member | Federalist Society, Houston Chapter |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | State of Texas Employee Retirement System, Judicial Retirement Plan System II; age 65, 50% of state salary paid TX Supreme Court justice or 40% at 60 |
| 2. 2006 | State of Texas TexasSaver 401K Plan; contributions may reamain in this plan or can roll over to an IRA or qualified 401K |
| 3. | |

RECEIVED 2007 MAY 14 P 12: 11 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2006 | United States Department of Agriculture - Direct and Counter Cyclical Program | $ 448.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Council for National Policy | 2-9-2006 hotel, meals, transportation; conference |
| 2. | Defense Research Institute | 3-9-2006 hotel, meals, transportation; CLE, conference |
| 3. | Southern Illinois University School of Law | 4-24-2006 hotel, meals, transporation; Hiram H. Lesar Lecture |
| 4. | Federalist Society | 11-15-2006 hotel, meals, transportation; annual meeting |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/11/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. The Headliners Club | Honorary Membership (dues, privileges) | $ 1200.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Federated Prime Obligation | A | Dividend | J | T | | | | | |
| 2. T Rowe Price Mid-Cap Growth | A | Dividend | J | T | | | | | |
| 3. Vanguard Index 500 Fund | A | Dividend | J | T | | | | | |
| 4. 1/8 interest, surface, ▓▓▓▓Matagorda County, Texas | B | Rent | K | W | | | | | |
| 5. 1/12 mineral interest,▓▓▓▓Matagorda County, Texas | | None | J | W | | | | | |
| 6. 1/4 interest in ▓▓▓Matagorda County, Texas | A | Rent | J | W | | | | | |
| 7. ▓▓▓▓▓Matagorda County, Texas | A | Rent | J | W | | | | | |
| 8. net royalty .0040779 (Apache), Matagorda County, Texas | A | Royalty | J | W | | | | | |
| 9. net royalty .0016627 (Unit) Matagorda County, Texas | | None | J | W | | | | | |
| 10. 7/24 mineral int. (Holliman), ▓▓▓▓ Matagorda Cty, TX | A | Rent | J | W | | | | | |
| 11. royalty or mineral interests in Matagorda, Brazoria, Cts.,TX | | None | J | W | | | | | |
| 12. cash, Community Bank & Trust | A | Interest | J | T | | | | | |
| 13. cash, Chase checking | A | Interest | J | T | | | | | |
| 14. cash, Chase money market | A | Interest | J | T | | | | | |
| 15. Federated Prime Obligation (IRA) | A | Dividend | K | T | | | | | |
| 16. | | | | | redeem part | 1/13 | J | A | |
| 17. | | | | | redeem part | 2/02 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | redeem part | 2/13 | J | A | |
| 19. | | | | | redeem part | 2/16 | J | A | |
| 20. | | | | | redeem part | 2/28 | J | A | |
| 21. | | | | | redeem part | 3/02 | J | A | |
| 22. | | | | | redeem part | 3/10 | J | A | |
| 23. | | | | | redeem part | 4/04 | J | A | |
| 24. | | | | | redeem part | 4/17 | J | A | |
| 25. | | | | | redeem part | 5/11 | J | A | |
| 26. | | | | | redeem part | 5/23 | J | A | |
| 27. | | | | | redeem part | 6/13 | J | A | |
| 28. | | | | | redeem part | 7/13 | J | A | |
| 29. | | | | | redeem part | 8/14 | J | A | |
| 30. | | | | | redeem part | 9/14 | J | A | |
| 31. | | | | | redeem part | 9/15 | J | A | |
| 32. | | | | | redeem part | 10/12 | J | A | |
| 33. | | | | | redeem part | 11/14 | J | A | |
| 34. | | | | | redeem part | 12/07 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | redeem part | 12/13 | J | A | |
| 36. | | | | | redeem part | 12/15 | J | A | |
| 37. | | | | | purchase | 1/05 | J | | |
| 38. | | | | | purchase | 2/03 | J | | |
| 39. | | | | | purchase | 2/07 | J | | |
| 40. | | | | | purchase | 2/13 | J | | |
| 41. | | | | | purchase | 2/15 | J | | |
| 42. | | | | | purchase | 2/27 | J | | |
| 43. | | | | | purchase | 3/03 | J | | |
| 44. | | | | | purchase | 3/16 | J | | |
| 45. | | | | | purchase | 3/21 | J | | |
| 46. | | | | | purchase | 3/21 | J | | |
| 47. | | | | | purchase | 3/31 | L | | |
| 48. | | | | | purchase | 4/06 | J | | |
| 49. | | | | | purchase | 5/01 | J | | |
| 50. | | | | | purchase | 5/03 | J | | |
| 51. | | | | | purchase | 5/08 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | purchase | 5/16 | J | | |
| 53. | | | | | purchase | 5/23 | J | | |
| 54. | | | | | purchase | 5/30 | J | | |
| 55. | | | | | purchase | 6/05 | J | | |
| 56. | | | | | purchase | 6/27 | J | | |
| 57. | | | | | purchase | 6/28 | J | | |
| 58. | | | | | purchase | 6/29 | J | | |
| 59. | | | | | purchase | 7/07 | J | | |
| 60. | | | | | purchase | 8/03 | J | | |
| 61. | | | | | purchase | 8/04 | J | | |
| 62. | | | | | purchase | 8/07 | J | | |
| 63. | | | | | purcahse | 8/11 | J | | |
| 64. | | | | | purchase | 9/06 | J | | |
| 65. | | | | | purchase | 9/26 | J | | |
| 66. | | | | | purchase | 9/27 | J | | |
| 67. | | | | | purchase | 9/28 | J | | |
| 68. | | | | | purchase | 10/04 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | purchase | 11/03 | J | | |
| 70. | | | | | purchase | 11/30 | J | | |
| 71. | | | | | purchase | 12/05 | J | | |
| 72. | | | | | purchase | 12/11 | K | | |
| 73. | | | | | purchase | 12/12 | J | | |
| 74. | | | | | purchase | 12.20 | J | | |
| 75. | | | | | purchase | 12/21 | J | | |
| 76. | | | | | purchase | 12/22 | J | | |
| 77. | | | | | purchase | 12/26 | J | | |
| 78. | | | | | purchase | 12/28 | J | | |
| 79. | | | | | purchase | 12/29 | J | | |
| 80. Clipper Fund (IRA) | | None | | | gain dist. | 5/22 | | B | |
| 81. | | | | | sold | 12/08 | K | C | |
| 82. Federal Nat'l Mortgage Ass'n 3.30% (IRA) | A | Interest | | | matured | 12/11 | J | A | |
| 83. Federal Nat'l Mortgage Ass'n 3.77% (IRA) | B | Interest | K | T | | | | | |
| 84. Federated Stock Trust (IRA) | A | Dividend | K | T | gain dist. | 11/29 | | A | |
| 85. | | | | | gain dist. | 11/29 | | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Harbor Capital Appreciation Fund (IRA) | A | Dividend | J | T | | | | | |
| 87. LKCM Small Cap Equity Fund (IRA) | | None | L | T | gain dist. | 1/04 | | D | |
| 88. T Rowe Price Blue Chip Growth Fund (IRA) | A | Dividend | L | T | | | | | |
| 89. T Rowe Price Mid-Cap Growth Fund (IRA) | A | Dividend | L | T | gain dist. | 12/21 | | A | |
| 90. | | | | | gain dist. | 12/21 | | C | |
| 91. Tweedy Browne Global Value Fund (IRA) | | None | | | sold | 3/31 | L | E | |
| 92. Vanguard Growth & Income Fund (IRA) | A | Dividend | K | T | | | | | |
| 93. Vanguard Index 500 Fund (IRA) | B | Dividend | M | T | | | | | |
| 94. Fidelity U.S. Bond Index Fund (401K) | A | Dividend | J | T | | | | | |
| 95. Federal Nat'l Mortgage Assn'n MTN Note 4.1% (IRA) | A | Interest | J | T | | | | | |
| 96. Federal Farm Cr BKS Cons Deb 5.05% (IRA) | A | Interest | J | T | | | | | |
| 97. CitiGroup Inc. Common (IRA) | A | Dividend | | | sold | 5/05 | J | A | |
| 98. Kinder Morgan Inc. Kans Common (IRA) | A | Dividend | | | sold | 5/05 | J | A | |
| 99. Procter & Gamble Co. (IRA) | A | Dividend | | | sold | 5/05 | J | A | |
| 100. Vanguard Total Stock Market Index Portfolio (IRA) | A | Dividend | J | T | | | | | |
| 101. Oakmark I Fund (IRA) | A | Dividend | | | purchase | 12/07 | K | | |
| 102. | | | | | gain dist. | 12/19 | | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ConocoPhillips Common (IRA) | A | Dividend | | | purchase | 2/13 | J | | |
| 104. | | | | | sold | 5/05 | J | A | |
| 105. Valero Enerby Corp NEW (IRA) | A | Dividend | | | purchase | 2/13 | J | | |
| 106. | | | | | sold | 5/05 | J | B | |
| 107. Federal Farm CR BKS CONS DEB 3.7% | A | Interest | J | T | purchase | 2/02 | J | | |
| 108. Federal Home Loan MRT Corp 3.25% | A | Interest | J | T | purschase | 2/27 | J | | |
| 109. Dodge & Cox International | | None | | | purchase | 4/04 | L | | |
| 110. | | | | | purchase | 12/07 | J | | |
| 111. Federal Home LN MTG Corp MTN NOTE 5.0% | | None | J | T | purchase | 9/15 | J | | |
| 112. Federal NATL MTG ASSN DEB 5.4% | | None | J | T | purchase | 12/12 | J | | |
| 113. National Covenant Properties -- CD | A | Interest | J | T | purchase | 7/31 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Owen, Priscilla R | 05/11/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬▬▬▬   Date _May 11, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544